IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY AT COVINGTON

| | |
|---|---|
| IN RE: | CASE NO. 17-20473-tnw |
| MARK HAZELRIGG<br>KIMBERLY ANN HAZELRIGG<br>  aka KIMBERLY S. HAZELRIGG<br>  aka KIMBERLY SMITH HAZELRIGG | CHAPTER 13 |
| Debtors | JUDGE TRACEY N. WISE |

**AGREED ORDER CONTINUING HEARING DATE**

Comes now counsel for Ditech Financial LLC fka Green Tree Servicing LLC, ("Movant") and counsel for Debtors, Mark Hazelrigg and Kimberly Hazelrigg ("Debtors"), and hereby agree to a continuance of the hearing on Movant's Motion for Relief from Stay, doc. 39. The Debtors are in the process of applying for a loan modification. Additionally, Movant's counsel has a scheduling conflict. The Motion for Relief shall be continued to the **12th day of December, 2017 at 10:00 a.m.** To be heard at U.S. Bankruptcy Courtroom, Room 306, 35 West 5th Street, Covington, Kentucky before Judge Wise.

IT IS SO ORDERED

Submitted by:

/s/ David C. Nalley

David C. Nalley, Esq. (85637)
Reisenfeld & Associates, LPA-LLC
Attorney for Movant
3962 Red Bank Road
Cincinnati, OH 45227
voice: (513) 322-7000
facsimile: (513) 322-7099
e-mail: kybk@rslegal.com

/s/ Michael L. Baker
Per written authorization
Michael L. Baker, Esq.
Attorney for Debtor
541 Buttermilk Pk. #500, P.O. Box 175710
Covington, KY 41017-5710
voice: 859-426-1300
facsimile: 859-426-0222
e-mail: mlb@zslaw.com

Pursuant to Local Rule 9022-1, David C. Nalley shall cause a copy of this Order to be served on each of the parties designated to receive this Order pursuant to Local Rule 9022-1 and shall file with the Court a Certificate of Service of the Order upon such parties within seven (7) days hereof.

Copies to:

Kimberly Ann Hazelrigg, Debtor
139 Summit Ave
Fort Thomas, KY 41075-2049

Mark Hazelrigg, Debtor
139 Summit Ave
Fort Thomas, KY 41075-2049

Michael L. Baker
541 Buttermilk Pk. #500
P.O. Box 175710
Covington, KY 41017-5710

Beverly M. Burden, Bankruptcy Trustee
PO Box 2204
Lexington, KY 40588

U.S. Trustee, US Trustee
100 E. Vine Street #500
Lexington, KY 40507

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Tracey N. Wise*
**Bankruptcy Judge**
Dated: Friday, November 03, 2017
(tnw)